UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MATHEW J. TOMBERS, on behalf of himself :
and all others similarly situated,            :
                                              :   08 Civ. 5068 (NRB)(JCF)
                     Plaintiff,               :
                                              :
          - against -                         :
                                              :
INDYMAC BANK, F.S.B.,                         :
                                              :
                     Defendant.               :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Casey D. Laffey, am an attorney admitted to practice before this Court, and hereby certify that on June 3, 2008, I caused true and correct copies of the foregoing: (a) Civil Cover Sheet; (b) Notice of Removal with exhibits annexed thereto; (c) Notice of Filing of Notice of Removal to Federal Court with exhibits and enclosures thereto; (d) Indymac Bank, F.S.B.'s Rule 7.1 Corporate Disclosure Statement; (e) the Individual Motion Practices and Rules of Honorable Naomi R. Buchwald; (f) the Individual Motion Practices and Rules of Honorable James C. Francis; (g) Consent to Proceed Before United States Magistrate Judge; and (h) Electronic Case Filing Rules & Instructions, to be served upon the following counsel for Plaintiff via overnight courier:

> Bernstein, Nackman & Feinberg, LLP
> Attn: Roger J. Bernstein
> 233 Broadway, Suite 2701
> New York, New York 10279
>
> Goldberg, Corwin & Greenberg, LLP
> 331 Madison Ave., 15th Floor
> New York, New York 10017
>
> Shepherd, Finkelman, Miller & Shah, LLC
> Attn: James C. Shah
> 35 E. State St.
> Media, Pennsylvania 19063

Dated: New York, New York
       June 3, 2008

_____
Casey D. Laffey (CL-1483)

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------x

MATHEW J. TOMBERS, on behalf of himself
and all others similarly situated,

                     Plaintiff,

- against -

INDYMAC BANK, F.S.B.,

                     Defendant.
-----------------------------------------------------------------x

Index No. 601310/08

[Removed to the United States District Court for the Southern District of New York]

## AFFIRMATION OF SERVICE

**CASEY D. LAFFEY**, affirms the following under penalty of perjury:

1. I am not a party to the within action, and I am over 18 years of age. I am an attorney admitted to practice before this Court and the Courts of New York State.

2. On June 3, 2008, I caused true and correct copies of the attached Notice of Filing of Notice of Removal to Federal Court, with its exhibits and enclosures, to be served by overnight courier upon:

        Bernstein, Nackman & Feinberg, LLP
        Attn: Roger J. Bernstein
        233 Broadway, Suite 2701
        New York, New York 10279

        Goldberg, Corwin & Greenberg, LLP
        331 Madison Ave., 15th Floor
        New York, New York 10017

        Shepherd, Finkelman, Miller & Shah, LLC
        Attn: James C. Shah
        35 E. State St.
        Media, Pennsylvania 19063

Dated:  New York, New York
            June 3, 2008

                                                           _____
                                                                   Casey D. Laffey

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------x

MATHEW J. TOMBERS, on behalf of himself : Index No. 08-601310
and all others similarly situated, :
 :  **INDYMAC BANK, F.S.B.'S**
            Plaintiff, :  **NOTICE OF FILING**
 :  **OF REMOVAL**
      - against - :
 :
INDYMAC BANK, F.S.B., :
 :
            Defendant. :
------------------------------------------------------------------x

Defendant Indymac Bank, F.S.B., by its attorneys, hereby provides notice pursuant to 28 U.S.C. § 1446(d) that it has submitted a Notice of Removal pursuant to 28 U.S.C. §§ 1331 and 1441(b) for this civil action to be removed to the United States District Court for the Southern District of New York. A copy of the Notice of Removal filed with the United States District Court for the Southern District of New York, is attached.

Dated: June 3, 2008

DYKEMA GOSSETT PLLC                         REED SMITH LLP

By: s/ Richard E. Gottlieb                  By: _____
10 South Wacker Drive                           Casey D. Laffey (CL-1483)
Suite 2300                                  599 Lexington Avenue, 22nd Floor
Chicago, Illinois 60606                     New York, New York 10022
(312) 876-1700                              (212) 521-5400
RGottlieb@dykema.com                        claffey@reedsmith.com

*Attorneys for Defendant Indymac Bank, F.S.B.*