# MEMO ENDORSED

### BERNSTEIN, NACKMAN & FEINBERG, LLP
ATTORNEYS AT LAW

THE WOOLWORTH BUILDING
233 BROADWAY, SUITE 2701
NEW YORK, NEW YORK 10279

TELEPHONE: (212) 748-4800
TELECOPIER: (646) 417-7890
E-MAIL: RBERNSTEIN@BNFCOUNSEL.COM

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08
```


RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
JUN 26 2008
UNITED STATES DISTRICT JUDGE

June 26, 2008

*By Telecopier to 212 805 7927*
The Hon. Naomi R. Buchwald
United States District Court for the Southern
  District of New York
500 Pearl Street, Room 2270
New York, NY 10007

    Re:    Tombers v. IndyMac Bank, F.S.B., 08 Civ. 5068 (NRB) (JCF)
             (NY Cty. S. Ct. Index No. 601310/08)

Dear Judge Buchwald:

    We represent plaintiff. Pursuant to the Court's request, the parties have agreed upon the following briefing schedule for plaintiff's motion for remand and payment of just costs pursuant to 28 U.S.C. § 1447(c) and defendant's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6):

    Plaintiff's motion to remand: served by e-mail on 6-30-08;

    Defendant's opposition to motion to remand and defendant's motion to dismiss: served by e-mail on 7-18-08;

    Plaintiff's reply in support of motion to remand and opposition to defendant's motion to dismiss: served by e-mail on 8-5-08;

    Defendant's reply in support of motion to dismiss: served by e-mail on 8-25-08.

*So Ordered*
*Naomi Reice Buchwald, USDJ*
*6/27/08*

**MEMO ENDORSED**

The Hon. Naomi R. Buchwald
June 26, 2008
Page 2

Respectfully submitted,

*[signature]*

Roger J. Bernstein

cc.  Casey D. Laffey, Esq. (by e-mail)
Richard Gottlieb, Esq. (by e-mail)
*Co-Counsel for Defendant*