UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATHEW J. TOMBERS, on behalf of himself and all other persons similarly situated,

                 Plaintiff,

– against –

INDYMAC BANK,

                 Defendant.

08 CV 5068 (NRB) (JCF)

**NOTICE OF MOTION FOR REMAND TO NEW YORK STATE SUPREME COURT**

      PLEASE TAKE NOTICE that Plaintiff Presidion Solutions, Inc., by its undersigned attorney, hereby move before the Hon. Naomi R. Buchwald, United States Courthouse, 500 Pearl Street, New York, New York, for an order under 28 U.S.C. § 1447(c) remanding this case to New York State Supreme Court and requiring payment of just costs and attorneys fees.

      In support of this motion, plaintiff relies upon the Plaintiff's Memorandum of Law in Support of Motion for Remand to New York State Supreme Court submitted herewith.

Dated: New York, New York
         June 30, 2008

                                          BERNSTEIN NACKMAN & FEINBERG, LLP

                        By: _____
                                          Roger J. Bernstein (RB 9501)
                                          233 Broadway, Suite 2701

New York, New York 10279
Telephone:  (212) 748-4800
Facsimile:   (646) 417-7890
rbernstein@bnfcounsel.com

GOLDBERG, CORWIN & GREENBERG, LLP
331 Madison Avenue, 15th Floor
New York, New York 10017
Telephone: (212) 986-1000
Facsimile:  (212) 986-8039

SHEPHERD, FINKELMAN, MILLER
& SHAH, LLP
35 E. State Street
Media, PA 19063
Telephone:  (610) 891-9880
Facsimile:   (610) 891-9883

*Attorneys for Plaintiff and the Class*