**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
                                                    :
MATHEW J. TOMBERS, on behalf of himself      :      No. 08 Civ. 5068 (NRB) (JCF)
and all others similarly situated,                  :
                                                    :      **NOTICE OF APPEARANCE**
                          Plaintiff,           :
                                                    :
                                                    :
                                                    :
                                                    :
          - against -                          :
                                                    :
INDYMAC BANK, F.S.B.,                          :
                                                    :
                          Defendant.           :
----------------------------------------------------------------x


**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

        PLEASE TAKE NOTICE that Dykema Gossett PLLC, by Richard E. Gottlieb, appears

herein as counsel for defendant Federal Deposit Insurance Corporation, as Receiver for Indymac

Bank, F.S.B., and requests copies of all pleadings and other documents electronically or

otherwise filed herein.

Dated: August 1, 2008                      **DYKEMA GOSSETT PLLC**

                              By:    s/ Richard E. Gottlieb
                                     Richard E. Gottlieb (RG-0935)
                                     DYKEMA GOSSETT PLLC
                                     10 South Wacker Drive, Suite 2300
                                     Chicago, Illinois 60606
                                     (312) 876-1700

                                     *Counsel for Defendant Federal Deposit Insurance*
                                     *Corporation, as Receiver for Indymac Bank, F.S.B.*

## <u>CERTIFICATE OF SERVICE</u>

I, Richard E. Gottlieb, am an attorney admitted to practice before this Court, and hereby certify that:

1.      On August 1, 2008, I caused a true and correct copy of the Notice of Appearance to be electronically filed in the United States District Court for the Southern District of New York, thereby causing same to be electronically submitted to Plaintiff's counsel.

2.      In addition, on August 1, 2008, the foregoing filing was served upon counsel for Plaintiff via e-mail.

I certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/
Richard E. Gottlieb (RG-0935)

CHICAGO\2486890.1
ID\IVF