

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

MATHEW J. TOMBERS, on behalf of
himself and all others similarly
situated,

                     Plaintiff,

       - v -

INDYMAC BANK, F.S.B.,

                     Defendants.

------------------------------------X

ORDER

08 Civ. 5068 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** this action was initiated in the Supreme Court of the State of New York, County of New York; and

    **WHEREAS** on June 3, 2008, defendant Indymac Bank F.S.B. ("Indymac") filed a notice of removal; and

    **WHEREAS** on June 30, 2008, plaintiff filed a motion to remand to state court for lack of federal jurisdiction; and

    **WHEREAS** the Court had ordered that Indymac's opposition to plaintiff's motion to remand, along with its motion to dismiss, be due on July 17, 2008; and

    **WHEREAS** on July 17, 2008, after being informed that Indymac had been closed by the Office of Thrift Supervision and that the Federal Deposit Insurance Corporation (the "FDIC") had been appointed receiver of Indymac, the Court granted an extension on

the briefing schedule for the above motions, making Indymac's opposition due August 1, 2008; and

**WHEREAS** on August 1, 2008, counsel for the FDIC moved to substitute itself for Indymac as the real party in interest and requested a 90-day stay; and

**WHEREAS** Section 1821(d)(12) of the Federal Deposit Insurance Act, 12 U.S.C. § 1821(d)(12), provides that the FDIC is entitled to a stay of up to 90 days of any civil action or legal proceeding to which an insured depository institution, in receivership, has become a party; and

**WHEREAS** the action already has been effectively stayed for 24 days from July 17, 2008, when "by instruction of the FDIC," counsel for Indymac requested, and the Court granted, an extension of the briefing schedule, it is hereby

**ORDERED** that the FDIC's motion to substitute itself for Indymac as the real party in interest is granted; and it is further

**ORDERED** that the case be recaptioned accordingly; and it is further

**ORDERED** that the case be stayed until October 15, 2008, that the FDIC's opposition to plaintiff's motion to remand is due November 5, 2008, and that plaintiff's reply is due November 19, 2008.

Dated:   New York, New York
         August 11, 2008

                                        _____
                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE

A copy of the foregoing Order has been mailed on this date to the following:

**Attorney for Plaintiff**
Roger J. Bernstein, Esq.
Bernstein Nackman & Feinberg, LLP
233 Broadway, Suite 2701
New York NY 10279

**Attorneys for Indymac Bank F.S.B. and FDIC**
Richard E. Gottlieb
Renee L. Zipprich, Esq.
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606

Casey D. Laffey, Esq.
Reed Smith LLP
599 Lexington Avenue, 22nd Floor
New York, NY 10022