**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATHEW J. TOMBERS, on behalf of himself and all other persons similarly situated,

                Plaintiff,

- against -

FEDERAL DEPOSIT INSURANCE CORP.,

                Defendant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08

08 CV 5068 (NRB) (JCF)

DECLARATION IN PARTIAL OPPOSITION TO MOTION FOR SUBSTITUTION

*Endorsement*
*Treating this declaration as a motion to reargue, it is denied. So Ordered:*
*[signature]*
*Buchwald, USDJ*
*9/3/08*

Roger Bernstein declares as follows pursuant to 28 U.S.C. § 1746:

1.    I am counsel for plaintiff in this case and am personally familiar with the facts and circumstances set forth below.

2.    Pursuant to S.D.N.Y. Rule 6.1(b), this Declaration is submitted in partial, limited opposition to the motion of the Federal Deposit Insurance Corporation ("FDIC") for substitution filed on August 1, 2008.

3.    Since defendant's motion was filed on August 1, 2008, the opposition papers thereto are due ten business days thereafter on August 15, 2008. S.D.N.Y. Rule 6.1(b). Plaintiff has previously submitted a letter to the Court concerning the issue of a stay and the briefing schedule in this action.

4.    On August 11, 2008 the Court issued an order granting the motion for substitution, granted defendant's application for a stay, and set a briefing schedule.